# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/29/2015 4:24:58 PM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known): **12** - 15 - 00119 - CV

Trial Court Style: James Jordan v. Debra Dent Leal a/k/a Debbie D. Leal

Trial Court & County: 115th District Upshur _____ Trial Court No.: 588-12

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due: 5/29/15

Anticipated Number of Pages of Record: 600 pages

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s: (Check all that apply - attach additional pages if necessary.)

☒ to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either p
the required fee or to make arrangements to pay the fee for preparing the record.

☐ my duties listed below preclude working on this record:

☐ Other. (Explain.):

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by _____, and I **hereby request an additional _____ days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

7/29/15
Date

Signature _Deanna Drennan_

903-843-2836
Office Phone Number

Printed Name Deanna Drennan

drennann@aol.com
E-mail Address (if available)

Official Title Court Reporter 115th

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for APPELLANT(S):

Name: MATTHEW Thigpen

Address: 223 S. Bonner
Tyler, Tx 75702

Phone no.:

Attorney for: Debra Leal, Jango Transport, Inc.

Lead Counsel for APPELLEE(S):

Name: J.R. Rusty Phenix

Address: P.O. Drawer 1005
Henderson, Tx 75653

Phone no.:

Attorney for: James Jordan

Lead Counsel for APPELLANT(S):

Name:

Address:

Phone no.:

Attorney for:

Lead Counsel for APPELLEE(S):

Name:

Address:

Phone no.:

Attorney for:

Additional                    information,                    if                    any: